**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6482**

_____

HABEEB ABDUL MALIK, a/k/a Ron Tearia Nicholas,

      Plaintiff - Appellant,

    v.

JOHN OZMINT, Director of SCDC; JANICE PHILLIPS, Health Care
Authority, SCDC; EILEEN DELANEY, Nurse Practitioner III;
VAUGHN JACKSON, Major, SCDC; FNU THOMAS, Food Service
Coordinator SCDC, all sued in their personal, official
capacity,

      Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:07-cv-00387-RBH)

_____

Submitted:  August 14, 2008      Decided:  August 20, 2008

_____

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Habeeb Abdul Malik, Appellant Pro Se.  Andrew Lindemann, DAVIDSON,
MORRISON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Habeeb Abdul Malik appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Malik v. Ozmint, No. 8:07-cv-00387-RBH (D.S.C. Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED